UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Gail M. Rome,

    Plaintiff,

vs.

I.C. System, Inc.

    Defendant.

Civil File No. 07-2485-JWL

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: 10/14/08

By /s/ J. Mark Meinhardt
J. Mark Meinhardt, KS #20245
Attorney for Plaintiff
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)

Dated: 10/14/08

By /s/ Justice B. King
Justice B. King, # 09009
Attorney for Defendant
3550 S.W. 5th Street
P.O. Box 949
Topeka, KS 66601-0949
(785) 232-5162
(785) 232-6604 (fax)